BRENDA WATKINS

Plaintiff

V. S.

Walgreens

Torrent Pharmaceuticals

Defendants

NO. 615772-A

FIRST JUDICIAL DISTRICT

CADDO PARISH, LA.

Plaintiff, Brenda Watkins bring forth the following and alleges the following

1.

Plaintiff, Brenda Watkins is an individual and resident at 12841 John Gin Rd Keithville LA.71047

2.

Defendants is a corporation and company at the time of this compliant their residence include Torrent Pharmaceuticals ,150 Allen Rd, Basking Ridge, NJ 07920 Legal Department. Walgreens Company 200 Wilmot #2002 Road MS, Deerfield IL 60015

3.

On or about January 6, 2019 Plaintiff received a letter from distributor about a recall involves one lot of Losartan Potassium Hydrochlorothiazide Tablets 50/12 mg and other batches from Walgreens Company the distributor. Defendant stated that Torrent Pharmaceuticals is recalling these items due to the detection of a trace amount of N-Nitrosodimethlamine(NDEA) and has been classified as a probable human carcinogen.

PGS 4 EXH____ MIN 1
CC 2 CP____ MAIL 1 N/J____
INDEX 5 REC____ FAX____
W/D DOC____ CERT MAIL____
SERVICE____ SCcf

pp Brenda Watkins
12841 John Gin Rd.
Keithville, La. 71047

400.00

FILED
APR 08 2019

JIM SCOTT
DEPUTY CLERK OF COURT
CADDO PARISH

Exhibit "1"

**4.**

On or about January 22, 2019 Plaintiff received a letter from manufacture about a lot of Losartan Potassium Hydrochlorothiazide Tablets 50/12 mg and other batches from their cooperation. Defendant stated they, Torrent Pharmaceuticals have recalled these items due to the detection of a trace amount of N-Nitrosodimethlamine(NDEA) and has been classified as a probable human carcinogen. They provided me with information to send contaminated pills back.

## COMPLIANT 1

On or about February 4,2019, Plaintiff was taken to the, Family Doctors, Katie Kerr, Physician for examination. The examination concluded she was suffering from cardiovascular issues. Plaintiff was transported to Christus Shumpert Highland Hospital for severe cardiovascular issues, and with continuous care with Advanced Cardiovascular Specialist. Plaintiff has changed medication for blood pressure and this has caused additional health issues, stress and has an increase in depression medication. NDMA is an organic chemical that forms in both industrial and natural processes, and has been used to make liquid rocket fuel, softeners, and lubricants. NDMA has been studied in animals and found to increase the occurrence of cancer. Plaintiff is overwhelmed with risk of contracting cancer. Plaintiff have taken medication for over 10 years. The US Environmental Protection Agency found an association between NDMA and liver toxicity, which could lead to liver cancer: NDMA exposure may be associated with bladder, renal, pancreatic, intestinal, colon, and stomach cancers.

## COUNT 1-NEGLEGENCE

Defendant failed to provide a continuous safe medicine for consumer and manufacture a safe product to consume by consumer. Defendant failed to provide medical compensation to plaintiff for current medical expenses and wage loss. According to the Environmental Protection Agency, NDEA exposure can lead to:

- Liver cancer
- Kidney cancer
- Stomach cancer
- Intestinal/colon/colorectal cancer
- Pancreatic cancer

## DAMAGES

WHEREFORE, Brenda Watkins seek compensatory damages in the amount of 1,000,000 with attorney fees and court cost.

RESPECTFULLY SUBMITTED,

Brenda Watkins

12841 John Gin Rd.

Keithville LA. 71047

318-286-3187

Defendants:

Torrent Pharmaceuticals Address: 150 Allen Rd, Basking Ridge, NJ 07920

Legal Department

Phone: (908) 280-3333

Walgreens Company 200 Wilmot #2O02 Road MS, Deerfield IL 60015

Legal Department

Phone: (908) 280-3333

Walgreens Company 200 Wilmot #2O02 Road MS, Deerfield IL 60015

debbies　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CPCC.CV.1062074

# Long-Arm Citation

BRENDA WATKINS　　　　　　　　　　　　NO. 615772 – A
VS　　　　　　　　　　　　　　　　　　　STATE OF LOUISIANA
WALGREENS, ET AL　　　　　　　　　　　　PARISH OF CADDO
　　　　　　　　　　　　　　　　　　　　FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:　　WALGREENS COMPANY
　　　　　　　　　　　　　　　　200 WILMOT #2002 ROAD
　　　　　　　　　　　　　　　　DEERFIELD , IL 60015

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date April 9, 2019.

*Also attached are the following:　　　　　　　　**MIKE SPENCE, CLERK OF COURT**

____ REQUEST FOR ADMISSIONS OF FACTS

____ INTERROGATORIES

____ REQUEST FOR PRODUCTION OF DOCUMENTS　　By: _____

____　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WATKINS (PRO SE)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney

# FILE COPY

# Long-Arm Citation

BRENDA WATKINS
VS
WALGREENS, ET AL

NO. 615772 – A
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:   TORRENT PHARMACEUTICALS
150 ALLEN RD
BASKING RIDGE, NJ 07920

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date April 9, 2019.

*Also attached are the following:   **MIKE SPENCE, CLERK OF COURT**

_____ REQUEST FOR ADMISSIONS OF FACTS

_____ INTERROGATORIES

_____ REQUEST FOR PRODUCTION OF DOCUMENTS   By: _____

_____                                                        Deputy Clerk

                                    ___BRENDA WATKINS (PRO SE)___
                                                Attorney

**FILE COPY**